Manatt, Phelps & Phillips, LLP
Jill M. Pietrini, Esq. (Bar No. 138335)
  E-mail: jpietrini@manatt.com
Raphael A. Gutierrez, Esq. (Bar No. 215207)
  E-mail: rgutierrez@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant and Counterclaimant
CAFEPRESS.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| 3 POINT DISTRIBUTION, LLC dba EZEKIEL, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAFEPRESS.COM, INC., a Delaware corporation (erroneously named as a California corporation),<br><br>　　　　　Defendant.<br><br>CAFEPRESS.COM, INC., a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>3 POINT DISTRIBUTION, LLC, dba EZEKIEL, a California limited liability company,<br><br>　　　　　Counterdefendant. | Case No. SACV 07-432 AG (ANx)<br><br>**ORDER ENTERING CONFIDENTIALITY STIPULATION** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1     The Court having considered the parties' Confidentiality Stipulation, and
2 good cause having been shown therefor,
3     **IT IS ORDERED THAT** the Confidentiality Stipulation is hereby entered.
4
5 It is so ORDERED.
6
7 DATED: May 14, 2008         /S/   ARTHUR NAKAZATO
8                                        U.S. Magistrate Judge
                                          ARTHUR NAKAZATO
9
10
11 41273052.1