1  MANATT, PHELPS & PHILLIPS, LLP
   Jill M. Pietrini, Esq. (Bar No. 138335)
2     E-mail: jpietrini@manatt.com
   Raphael A. Gutiérrez, Esq. (Bar No. 215207)
3     E-mail: rgutierrez@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
5  Facsimile: (310) 312-4224

6  *Attorneys for Defendant and Counterclaimant*
   CAFEPRESS.COM, INC.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| 3 POINT DISTRIBUTION, LLC dba EZEKIEL, a California limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>CAFEPRESS.COM, INC., a Delaware corporation (erroneously named as a California corporation),<br><br>             Defendant. | Case No. SACV 07-432 AG (ANx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER FOR DISMISSAL OF ACTION**<br>**[FRCP 41(a)(1)]** |

CAFEPRESS.COM, INC., a Delaware corporation (erroneously named as a California corporation),

    Counterclaimant,

  v.

3 POINT DISTRIBUTION, LLC, dba EZEKIEL, a California limited liability company,

    Counterdefendant.

Pursuant to the parties' Joint Stipulation for Dismissal, all of plaintiff and counterdefendant 3 Point Distribution, LLC's ("Plaintiff") claims for relief against defendant and counterclaimant CafePress.com, Inc. ("CafePress") herein are hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

CafePress' First Counterclaim for fraud under 15 U.S.C. § 1120 against Plaintiff shall be dismissed with prejudice pursuant to FRCP 41(a)(1).

CafePress' Second Counterclaim for cancellation under 15 U.S.C. § 1064 against Plaintiff is hereby dismissed without prejudice pursuant to FRCP 41(a)(1).

Each party shall bear its own attorneys' fees and costs of suit.

IT IS SO ORDERED.

DATED: October 15, 2008  By. _____
             United States District Court Judge

41327772.1